AUSA: Terrence Haugabook          Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint          Special Agent: Eric Miller          Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Michigan

| United States of America | | |
|---|---|---|
| v. | | |
| Danjuan Jefferson | Case No. | Case: 2:26−mj−30380 |
| | | Assigned To : Unassigned |
| | | Assign. Date : 6/26/2026 |
| | | Description: USA v. Sealed (jo) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 10, 2026_____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Miller, Special Agent (A.T.F.)
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 26, 2026_____

_____
*Judge's signature*

City and state: __Detroit, Michigan_____

Hon. Elizabeth A. Stafford, U. S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, Eric Miller, being duly sworn, depose and state the following:

## I.    INTRODUCTION

1.    I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since June 2018. I am currently assigned to the Detroit Field Division Group I. I completed 26 weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to becoming a Special Agent, I served fourteen years as a federal law enforcement officer and investigator with the Department of Homeland Security, U.S. Customs and Border Protection.  I have a Bachelor of Arts in Criminal Justice and a Bachelor of Arts in Psychology from Michigan State University.  During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, criminal street gangs, and other state and federal offenses.

2.    During my employment with ATF, I have participated in numerous investigations of criminal violations relating to firearms, violent crime, and narcotics. I have participated in various aspects of criminal investigations, including interviews, physical surveillance, and obtaining and executing search warrants. I am familiar with and have employed various investigative methods, including electronic

surveillance, visual surveillance, search warrants, and the utilization of confidential informants.

3.     I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience.

4.     ATF is currently conducting a criminal investigation concerning Danjuan Edisi JEFFERSON JR. (DOB: XX/XX/1972), for violation of 18 U.S.C. § 922(g)(1), as a felon in possession of a firearm.

## II.     PROBABLE CAUSE

5.     I reviewed a computerized criminal history and the Michigan Department of Corrections records for JEFFERSON JR, which revealed the following felony arrests and convictions:

   a. On or about July 17, 1999, JEFFERSON JR was arrested by the Detroit Police Department for one felony count of a weapons offense. On or about November 30, 2000, in the 3rd Circuit Court, JEFFERSON JR was found guilty of the felony offense of carrying a concealed weapon.

2

b. On or about November 8, 1999, JEFFERSON JR was arrested by the Detroit Police Department for one felony count of a weapons offense.  On or about August 30, 2005, in the 3rd Circuit Court, JEFFERSON JR was found guilty of the felony offense of carrying a concealed weapon.

c. On or about March 18, 2011, JEFFERSON JR was arrested by the Detroit Police Department for one count of felony burglary.  On or about September 13, 2012, in the 6th Circuit Court, JEFFERSON JR was found guilty of the felony offense of home invasion in the first degree.

d. On or about October 25, 2014, JEFFERSON JR was arrested by the Detroit Police Department for one felony count of Dangerous Drugs and one felony count of a weapons offense.  On or about February 27, 2015, in the 3rd Circuit Court, JEFFERSON JR was found guilty of the felony firearm offense.  JEFFERSON JR was sentenced to a mandatory 2 years in prison.

6. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea or are found guilty of a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the multitude of his felony convictions and the previous conviction of being a

3

felon in possession of a firearm which resulted in incarceration for more than one year, there is probable cause to believe that JEFFERSON JR is aware of his status as a convicted felon.

7.      On March 4, 2026, Detroit Police Department (DPD) officers were dispatched to a felonious assault call were the victim fled to a BP gas station to wait for the police.  When officers arrived, the victim informed officers that she rents a room on the second level at 18XXX Greeley Street, and she had her boyfriend over. The homeowner and landlord, JEFFERSON JR, texted the victim while he was in the downstairs of the residence asking if she had her boyfriend inside of his home. The victim responded she did not have her boyfriend over, that she pays rent, and could have whoever she wanted over.

8.      The victim then heard JEFFERSON JR, coming up the stairs.  The victim closed and locked her bedroom door and hid her boyfriend.  JEFFERSON JR then kicked the door in and pointed a black handgun at the victim's face. JEFFERSON JR made threats to shoot the victim in the face before he left the room. The victim gathered her things and fled the residence with her boyfriend and called the police.

9.      On March 9, 2026, DPD detectives obtained a search warrant for the residence of 18XXX Greeley and an arrest warrant for JEFFERSON JR based on the statement of the victim as described above.

10.     On March 10, 2026, DPD officers observed JEFFERSON JR sitting on the porch of 18XXX Greeley.  DPD made contact, verified JEFFERSON JR's identity, placed him under arrest, and transported JEFFERSON JR to the Detroit Detention Center.  DPD then executed a search warrant at 18XXX Greeley.  During a search of the residence, officers located four firearms wrapped up in a bed comforter on top of the bed.  Also on the bed was a black duffle bag with two additional firearms, ammunition, and suspected narcotics inside.  Officers recovered six firearms in total; a Hi-Point, Model 995, 9mm rifle with an obliterated serial number; a Remington, Model 870, 12 gauge shotgun, SN: RS35987-C; an Izhmash, Model Saiga-20, 20 gauge shotgun, with an obliterated serial number; an Armalite, Model AR-180B, 5.56 rifle, SN: 204149; a SCCY, Model CPX-2, SN: 746893; and a Springfield Armory, Model XDM-9, 9mm pistol, SN: MG415893. Additionally, officers found two pieces of mail on the bed with the name of JEFFERSON Jr. and the address of 18XXX Greeley located in the bedroom with the firearms and suspected narcotics.

11.     On June 1, 2026, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs, and provided information about the Hi-Point, Model 995 rifle; Remington, Model 870 shotgun; Izhmash, Model Saiga-20 shotgun; Armalite Model AR-180B rifle; SCCY, Model CPX-2 pistol; Springfield, Model XDM-9 pistol. SA Klupacs concluded that the firearms were manufactured outside the State

5

of Michigan and are firearms as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

## III. CONCLUSION

12. Probable cause exists to believe that Danjuan JEFFERSON JR, a convicted felon aware of his felony convictions and status as a felon, did knowingly and intentionally possess in and affecting interstate commerce, the six firearms listed above, in violation of 18 U.S.C. § 922(g)(1). This violation occurred on or about March 10, 2026, in Detroit, Michigan, in the Eastern District of Michigan.

Respectfully submitted,

Eric Miller, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

Honorable Elizabeth A. Stafford
United States Magistrate Judge

Dated: _____ June 26, 2026 _____

6